IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

VS.                          CRIMINAL NO. 4:05cr25 TSL-JCS

JUAN HERNANDEZ-PEREZ a/k/a William Carderas

ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal
Procedure, and by leave of Court endorsed herein, the United
States Attorney for the Southern District of Mississippi hereby
dismisses the indictment against the defendant.

DUNN LAMPTON
United States Attorney

By:  /s/ G. W. BOND
G. W. BOND
Assistant U. S. Attorney

Leave of Court is granted for the filing of the foregoing
dismissal.

ORDERED this 24th day of April, 2006.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE